**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Raymond WEBB, Petitioner.**

Supreme Court of Pennsylvania.

March 13, 2007.

### *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED and the Judgment of Sentence is VACATED in light of our decision in *Commonwealth v. Shiffler*, 583 Pa. 478, 879 A.2d 185 (2005) and this matter is REMANDED to the trial court to hold a new sentencing hearing and resentence Petitioner accordingly.